1  JOHN A. RUSSO, City Attorney – State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney – State Bar #080142
2  RACHEL WAGNER, Supervising Trial Attorney – State Bar # 127246
   GLORIA Y. LEE, Deputy City Attorney – State Bar # 202362
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-7543     Fax: (510) 238-6500
   glee@oaklandcityattorney.org
5  24634/381914

6  Attorneys for Defendants,
   CITY OF OAKLAND, J. PARKINSON,
7  AND M. MIDYETT

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TORRY SMITH, PATRICIA GRAY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; J. PARKINSON, individually, and in his capacity as a police officer, M. MIDYETTE, individually, and in his capacity as police officer, Does 1-25 inclusive,<br><br>Defendants. | Case No. C05 04045 EMC<br><br>**STIPULATION AND [proposed] ORDER CONTINUING CASE MANAGEMENT DEADLINES AND TRIAL DATE**<br><br>[First Amended CMC Order] |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective attorneys, as follows:

1. Pursuant to the Court's February 9, 2006 Case Management and Pretrial Order for Jury Trial, the deadline for all non-expert discovery is set for October 16, 2006, and jury trial is scheduled to begin on March 5, 2007.

2. Lead trial counsel for the City defendants, Gloria Lee, will be on maternity

1  leave from approximately September 18, 2006 until March 16, 2007.

2  3.  The parties have been diligent in conducting discovery, but will be unable to
3  complete all non-expert discovery before defense counsel leaves on maternity leave.

4  4.  To date, the case has been handled exclusively by Ms. Lee. Thus, although
5  another attorney in the City Attorney's Office will be handling the case during Ms. Lee's
6  maternity leave, the parties agree that a short continuance of the discovery deadline and the
7  trial date would be the most efficient use of resources.

8  5.  The parties further agree that continuance of the deadlines or the trial date will
9  not prejudice either party or cause unnecessary hardship or delay.
10

11  6.  Neither party has previously requested a continuance of any deadlines in the
12  current case management and pretrial order.

13  7.  The parties therefore request that the non-expert discovery deadline be
14  continued by approximately six months to ~~April 27, 2007~~ May 9, 2007. Experts would be disclosed and
15  reports provided by ~~April 27, 2007~~ May 9, 2007. Rebuttal experts would be disclosed and reports
16  provided by May ~~14~~ 23, 2007. All expert discovery would be completed by ~~May 25, 2007~~ June 6, 2007.
17

18  8.  The parties also request that the last day for hearing dispositive motions by
19  continued by approximately six months to ~~June 22, 2006~~ July 6, 2007.

20  9.  The parties further request that the trial date be continued by approximately six
21  months to ~~September 10, 2007~~ September 24, 2007 or to a time thereafter that is convenient on the Court's
22  calendar. A pre-trial conference would be held on ~~August 20, 2007~~ September 12, 2007. ~~Twenty days before the~~
23  ~~pretrial conference~~, On or before August 24, 2007, counsel would serve and file: (1) a pretrial statement; (2) trial briefs,
24
25  motions in limine, proposed voir dire questions, jury instructions, verdict forms and excerpts
26  from discovery that will be offered at trial; (3) the qualifications of each witness; (4) exhibits,

-2-

Sep 05 06 03:22p        LAW OFFCS JOHN L. BURRIS        510 839-3882    p.2
Case 3:05-cv-04045-EMC   Document 21   Filed 09/06/2006   Page 3 of 4
09/05/2006  14:07   5102385500                                  PAGE 05/05

1  including a brief statement describing the substance and purpose of each exhibit and the
2  name of the sponsoring witness. ~~Ten days before the pretrial conference,~~ *On or before September 4, 2007* counsel would
3  serve and file: (1) any objections to exhibits or to use of deposition excerpts or other
4  discovery; (2) any objections to witnesses, including the qualification of an expert witness; (3)
5  any objection to proposed voir dire questions, jury instructions, and verdict forms that the
6  parties have been unable in good faith to resolve; (4) any opposition to a motion in limine.
7  *Further status conference has already been set for Oct. 25, 2006*
8  Dated: September 5, 2006   *at 2:30 pm by telephone. Joint CMC Statement shall be filed by Oct. 18, 2006.*
9
10  LAW OFFICES OF JOHN L. BURRIS
    JOHN L. BURRIS
    BENJAMIN NISENBAUM
11
12  By: _____
13  Attorneys for Plaintiffs
    TORRY SMITH AND PATRICIA GRAY
14
15
16  Dated: September 5, 2006
    JOHN A. RUSSO, City Attorney
    RANDOLPH W. HALL, Chief Assistant City Attorney
17  RACHEL WAGNER, Supervising Trial Attorney
    GLORIA Y. LEE, Deputy City Attorney
18
19  By: _____
20  Attorneys for Defendants
    CITY OF OAKLAND, et al.
21
22  PURSUANT TO STIPULATION, IT IS SO ORDERED.
23  Dated: _____
24
25  EDWARD M. CHEN
    United States Magistrate Judge
26

1  including a brief statement describing the substance and purpose of each exhibit and the
2  name of the sponsoring witness. ~~Ten days before the pretrial conference~~ *on or before September 4, 2007*, counsel would
3  serve and file: (1) any objections to exhibits or to use of deposition excerpts or other
4  discovery; (2) any objections to witnesses, including the qualification of an expert witness; (3)
5  any objection to proposed voir dire questions, jury instructions, and verdict forms that the
6  parties have been unable in good faith to resolve; (4) any opposition to a motion in limine.
7  *Further Status Conference has already been set for October 25, 2006 @ 2:30 p.m. by telephone. Joint CMC Statements shall be filed by Oct. 18, 2006.*
8  Dated: September 6, 2006

9
10                              LAW OFFICES OF JOHN L. BURRIS
                                JOHN L. BURRIS
11                              BENJAMIN NISENBAUM

12
                         By: _____
13                              Attorneys for Plaintiffs
                                TORRY SMITH AND PATRICIA GRAY
14

15  Dated: September 6, 2006
16                              JOHN A. RUSSO, City Attorney
                                RANDOLPH W. HALL, Chief Assistant City Attorney
17                              RACHEL WAGNER, Supervising Trial Attorney
                                GLORIA Y. LEE, Deputy City Attorney
18

19                       By: _____
20                              Attorneys for Defendants
                                CITY OF OAKLAND, et al.
21

22  PURSUANT TO STIPULATION, IT IS SO ORDERED. *(as modified).*
23  Dated: *September 8, 2006*

24                              _____
25                              EDWARD M. CHEN
                                United States Magistrate Judge
26