1   JOHN A. RUSSO, City Attorney – State Bar #129729
    RANDOLPH W. HALL, Chief Assistant City Attorney – State Bar #080142
2   RACHEL WAGNER, Supervising Trial Attorney – State Bar # 127246
    GLORIA Y. LEE, Deputy City Attorney – State Bar # 202362
3   One Frank H. Ogawa Plaza, 6th Floor
    Oakland, California 94612
4   Telephone:  (510) 238-7543        Fax:  (510) 238-6500
    glee@oaklandcityattorney.org
5   24634/404902

6   Attorneys for Defendants,
    CITY OF OAKLAND, J. PARKINSON,
7   AND M. MIDYETT

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                     **SAN FRANCISCO DIVISION**

12
    TORRY SMITH, PATRICIA GRAY,                Case No.  C05 04045 EMC
13
                     Plaintiffs,              **STIPULATION AND [proposed] ORDER**
14                                            **CONTINUING LAST DATE FOR**
           v.                                 **HEARING DISPOSITIVE MOTIONS**
15
    CITY OF OAKLAND, a municipal
16  corporation; J. PARKINSON, individually,
    and in his capacity as a police officer, M.
17  MIDYETTE, individually, and in his capacity
    as police officer, Does 1-25 inclusive,
18
                     Defendants.
19

20

21

22

23

24

25

26

                              -1-

**IT IS HEREBY STIPULATED** by and between the parties, through their respective attorneys, as follows:

1.      Pursuant to the Court's September 8, 2006 First Amended Case Management Order, the last day for hearing dispositive motions is July 6, 2007.  A jury trial is scheduled to begin September 24, 2007.

2.      Defendants have advised plaintiffs that in an effort to narrow and define issues for trial, they intend to file a motion for summary adjudication on a number of issues.  In order to meet the July 6, 2007 deadline, defendants indicated that they would like to notice the hearing for June 27, 2007.

3.      Lead trial counsel for plaintiffs, Ben Nisenbaum, is unavailable on June 27, 2007 due to a one-week trial scheduled to begin June 25, 2007 before Magistrate Judge Larson.  That trial is almost certain to go forward on that date.

4.      Because of the July 4th holiday, the next civil motion date available on the Court's calendar is July 11, 2007.

5.      Both parties are available on July 11, 2007 for a hearing on defendants' motion for summary adjudication.  Additionally, the parties are already scheduled to appear for a further case management conference on July 11, 2007 at 2:30 p.m.

6.      The parties thus request that the last day for hearing dispositive motions be continued by one week to July 11, 2007 to accommodate counsel's schedule and the July 4th holiday.

7.      The parties further agree that continuance of this one deadline will not prejudice either party or cause unnecessary hardship or delay.

STIPULATION AND [proposed] ORDER CONTINUING
LAST DATE FOR HEARING DISPOSITIVE MOTIONS                                    C05-04045 EMC

1

2          8.      The parties have previously requested a continuance of the case

3    management and pretrial deadlines because of defense counsel's maternity leave.  No

4    further requests for continuances are anticipated.

5
     Dated:  May 7, 2007
6

7                                              LAW OFFICES OF JOHN L. BURRIS
                                               JOHN L. BURRIS
8                                              BENJAMIN NISENBAUM

9

10                          By:      _____/S/_____
                                               Attorneys for Plaintiffs
11                                             TORRY SMITH AND PATRICIA GRAY

12

13   Dated:  May 7, 2007

14                                             JOHN A. RUSSO, City Attorney
                                               RANDOLPH W. HALL, Chief Assistant City Attorney
                                               RACHEL WAGNER, Supervising Trial Attorney
15                                             GLORIA Y. LEE, Deputy City Attorney

16

17                          By:      _____/S/_____
                                               Attorneys for Defendants
18                                             CITY OF OAKLAND, et al.

19

20   PURSUANT TO STIPULATION, IT IS SO ORDERED.

21
     Dated:  _____May 9, 2007_____
22

23                                             _____
24                                             EDWARD M. CHEN
                                               United States
25

26

     STIPULATION AND [proposed] ORDER CONTINUING                           -3-                                    C05-04045 EMC
     LAST DATE FOR HEARING DISPOSITIVE MOTIONS