1
2
3
4
5
6

JOHN A. RUSSO, City Attorney – State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
RACHEL WAGNER, Supervising Trial Attorney – State Bar # 127246
GLORIA Y. LEE, Deputy City Attorney – State Bar # 202362
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:  (510) 238-7543        Fax:  (510) 238-6500
Email:  glee@oaklandcityattorney.org
24634/421653

7
8

Attorneys for Defendants
JOHN PARKINSON AND MARCUS MIDYETT

9
10
11
12

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

13
14
15
16
17
18
19
20
21
22
23

| | |
|---|---|
| TORRY SMITH; PATRICIA GRAY,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CITY OF OAKLAND,  a municipal corporation; J. PARKINSON, individually, and in his capacity as a police officer for the CITY OF OAKLAND; M. MIDYETTE, individually, and in his capacity as a police officer for the CITY OF OAKLAND;  and, Oakland police officers DOES 1-25, inclusive,<br><br>    Defendants. | Case No.  C 05 04045 EMC<br><br>**DEFENDANTS' [proposed] JURY QUESTIONNAIRE**<br><br>Pre-Trial Conference:  November 14, 2007<br>Time:  3:00 p.m.<br>Judge:  Hon. Edward M. Chen<br><br>Trial Date:  November 26, 2007 |

24
25
26
27
28

  You have been sworn and instructed to answer this questionnaire under oath, and you must fill out the questionnaire by yourself.

  Please answer each question below as completely and as accurately as you reasonably can.  Your complete written answers will save a great deal of time for the Judge, for the lawyers, and for you.

You are expected to sign your questionnaire, and your answers will have the effect of a statement given to the Court under oath.  What is needed is your very best and honest questionnaire.  Please do not write on the back of the pages as the copy machine will not pick it up.

The sole purpose of the questionnaire is to encourage your full expression and candor.  Your full cooperation is of vital importance.

Please keep in mind that there are no "right" or "wrong" answers, only complete and incomplete answers.  Complete answers are far more helpful than incomplete answers because they make long and tiresome questioning unnecessary.  Therefore, they shorten the time it takes to select a jury.

Some of the questions may call for information of a personal nature that you do not wish to discuss in public.  If you feel any question requires an answer which is too sensitive (personal or private) to be included in a public record or to discuss in public, you have the right to request a private hearing to answer any questions you do not wish to answer in writing or in public.

If you prefer to have a private hearing for a sensitive question, please write "private" in the space provided for your answer.  The Court will then give you an opportunity to explain your request for privacy and, if the Court determines that a legitimate privacy interest warrants protection, it will order your answers not be divulged except in appropriate legal proceedings.

A private hearing is one held <u>only</u> in the presence of the Court, counsel, the defendants, the court reporter, and other court personnel.

However, for those prospective jurors who are called to the jury box to be questioned, the written answers you make in this questionnaire are not confidential.  The completed questionnaire is a public record and is open to public inspection.

If you wish to make further comments regarding any of your answers, please do so on the Explanation sheet at the back of the questionnaire.

Thank you for your cooperation.

## JUROR QUESTIONNAIRE

1.        Please state your full name: _____

2.        Your age: _____

3.        Place of birth: _____

4.        Present marital/relationship status: _____

5.        If you have children, what are their ages, genders, education, and occupations?

Gender                    Age                Education                Occupation

_____

_____

_____

_____

6.        The city of your present residence: _____

7.        Do you rent or own: _____

8.        Length of residence in the city: _____

9.        Length of residence at present address: _____

10.       If less than three years, address of previous residence:

_____

11.       Length of time at previous residence: _____

12.       Have you completed high school?  Yes: _____   No: _____

13.       If not, highest grade completed: _____

14.       Have you attended college?  Yes: ____   No: ____

15.     If so, state college attended, area of concentration, degree(s) (undergraduate, graduate, or post-graduate) received, if any, and approximate dates attended:

_____

_____

_____

_____

_____

16.     Have you attended trade school?  Yes: ____      No: ____

17.     State names of schools attended, trade learned, and any levels of certification received:

_____

_____

_____

18.     If you have taken courses or had training in any of the legal fields (such as law, administration of justice, corrections, law enforcement academy), please identify such courses or training by title, date, and subject matter:

_____

_____

_____

        If you have taken courses or had training in any of the medical fields (such as medicine, nursing, EMT, insurance claims), please identify such courses or training by title, date, and subject matter:

_____

_____

19.    Are you currently employed?  Yes: ___   No: ___

20.    Who is your current employer? _____

21.    What kind of work do you do? _____

22.    For how long? _____

23.    Do you supervise other employees?  Yes: ___   No: ___

24.    In the past five years, what other kinds of work have you done?

_____

_____

_____

25.    Please list these former jobs and previous employers:

_____

_____

_____

_____

_____

26.    If you are married or in a long-term relationship, is your spouse or partner currently employed?  Yes: ___     No: ___

27.    Where is your spouse employed and what type of work does he or she do?

_____

1      _____

2  28.      Please state the occupations (past if retired or deceased) of your parents
3           and/or stepparents:

4           _____

5

6           _____

7

8  29.      Have you ever been in business for yourself?  Yes: ___      No: ___

9           If yes, please indicate the nature of the business: _____

10

11          _____

12

13          _____

14 31.      Have you ever been in the military?  Yes: ___    No: ___

15          If yes, describe your branch, rank, years of service, and job duties:

16

17          _____

18          _____

19

20          _____

21 33.      Are you or anyone close to you in the field of law?  Yes: ___  No: ___

22          If yes, please explain: _____

23

24          _____

25

26          _____

27

28          _____

35.     Have you ever sued anyone or been sued by anyone?  Yes: ___     No: ___

        If yes, please explain: _____

        _____

        _____

        _____

36.     Are you or any member of your family presently involved in a lawsuit?

        Yes: ___      No: ___

        If yes, please explain:_____

        _____

        _____

37.     Have you ever sat on a jury before this one?  Yes: ___        No: ___

        If yes, how many times? _____

        If yes, please describe what each of these cases was about and if they were
        civil or criminal.  State if you voted with the majority or minority.  Also, was it a
        positive or negative experience?  Did the jury reach a verdict?

        _____

        _____

        _____

        _____

        _____

_____

_____

39.     Have you ever served on a jury in a trial where a police officer was accused of misconduct or negligent conduct?  Yes: ____     No: ____

40.     Have you ever been a jury foreperson:   Yes: ____      No: ____

41.     Have you ever been part of a trial in any other capacity other than a juror, such as a witness, expert, etc?   Yes: ____     No: ____

        If yes, please explain: _____

        _____

        _____

        _____

42.     Have you have any experience with an attorney that might affect your ability to be fair and impartial in this case?  Yes: ____      No: ____

43.     Are you familiar with any of the events surrounding this case?  Yes: ___ No:____

44.     How do you feel about the legal system and the system of awarding damages to people who have been injured?

        _____

        _____

        _____

        _____

        _____

45.     Have you or anyone close to you ever been employed by or otherwise affiliated with a law enforcement agency (this includes the Police, Sheriff, FBI,

Highway Patrol, Drug Enforcement Administration, District Attorney, State Prison or County Jail, Attorney General, United States Attorney, Immigration and Naturalization Service, etc)?  Yes: ____     No: ____

If so, what agency: _____

_____

When did this employment occur? _____

If a close friend or relative, state the name and relationship of the person.

_____

49.    Have you ever considered working for a law enforcement agency?

Yes: ____     No: ____

If yes, please state which branch of law enforcement and why you did not seek employment in those branches of law enforcement, if you did not seek it.

_____

_____

_____

_____

51.    Have you had any training, courses or work experience in law enforcement, criminal justice, administration of justice, or law:

Yes: ____     No: ____

If yes, please describe. _____

_____

_____

_____

52.     Have you or anyone close to you ever been employed by or otherwise affiliated with the field of medicine (this includes physicians, nurses, technicians, EMTs, medical records, insurance claims)?  Yes: ____  No: ____

If so, what agency: _____

_____

When did this employment occur? _____

If a close friend or relative, state the name and relationship of the person.

_____

56.     Have you or anyone in your household ever belonged to a neighborhood or citizens' organization concerned with crime prevention, law enforcement, police behavior, community relations, or neighborhood safety?

Yes: ____      No: ____

If yes, please describe. _____

_____

_____

57.     Have you or anyone close to you ever been the victim of or a witness to any kind of crime (including robbery, burglary, et cetera)?  Yes: ____      No: ____

If yes, what is the relationship to you of the victim? _____

_____

Describe the crime. _____

_____

_____

_____

Was the incident reported to any law enforcement agency?  Yes: ____ No:____

How do you feel that the law enforcement agency handled the situation?

_____

_____

_____

58.   Whether or not you considered it a crime, have you or anyone close to you ever been physically assaulted by anyone, including a stranger, family member, friend, or member of a law enforcement agency?

Yes: ___      No: ___

If yes, please explain who was involved and give a brief description of the circumstances. _____

_____

_____

_____

_____

_____

_____

59.   Have you or anyone close to you ever been arrested?  Yes: ___      No: ___

If yes, what is the relationship to you of the person arrested?

_____

Describe the incident.

_____

1            _____

2

3            _____

4            Were you or the person involved ever formally charged with a crime in court?
          Yes: ____     No: ____

5

6            If yes, (1) What was the outcome?  (2) How do you feel you or the person
          involved was treated by the police and the criminal justice system?

7

8            _____

9

10           _____

11

12           _____

13 60.      Have you had any personal contact with members of the Oakland Police
          Department?  Yes: ____     No: ____

14

15           If yes, please describe: _____

16           _____

17

18           _____

19

20           _____

21

22           _____

23

24 61.      Do you think there are too many lawsuits against law enforcement agencies
          for misconduct by police officers?  Yes: ____     No: ____

25

26           Please explain._____

27

28           _____

1     _____

2

3     _____

4

5     _____

6

7     _____

62.    Do you think that police officers commonly mistreat citizens?

8

9     Yes: \_\_\_     No: \_\_\_

10     Please explain: _____

11

12     _____

13     _____

14

15     _____

16 63.    In general, how do you feel about the size of money damages awarded in

17     most civil cases to compensate people who have been injured or damaged by the actions of others?

18

19     _____

20

21     _____

22

23     _____

24

25     _____

26 64.    Some damages are easy to evaluate such as lost wages and medical bills. Others are more difficult to evaluate such as compensation for mental anguish and emotional distress.  What are your views about awarding damages for

27     those kinds of injuries? _____

28

_____

_____

_____

_____

65.     How do you feel about people's willingness to sue one another?

_____

_____

_____

66.     Have you ever considered bringing a lawsuit?  Yes: ___      No: ___

        If so, please explain why. _____

        _____

        _____

67.     Have you ever heard about lawsuits against a city, a police department, or
        individual police officer?  Yes: ___      No: ___

        If yes, please explain what you have heard. _____

        _____

        _____

        _____

68.   Have you or anyone you know ever brought suit against or considered filing suit against the City of Oakland or the Oakland Police Department or any police officer or city employee in their official capacity?  Yes: ____     No: ____

69.   Do you have any feelings about a lawsuit against the City of Oakland or the Oakland Police Department that would interfere with you being a fair and impartial juror?  Yes: ____  No: ____

70.   Do you have any feelings about how lawsuits of this kind affect the City?

      Yes :____      No: ____

      If so, please explain. _____

      _____

      _____

      _____

71.   Have you heard about any situations in which you thought the police might have overreacted or reacted improperly?  Yes: ____     No: ____

      If so, give a brief explanation. _____

      _____

      _____

      _____

      _____

      _____

      _____

72.   Do you think that the police are under attack these days?  Yes: ____  No: ____

      If so, will that feeling affect your ability to serve as an impartial and fair juror?

1          Yes: ___        No: ___

2    73.    Do you think that the police get the support they deserve?  Yes:___ No:___

3    74.    Do you watch police shows on television and if so, what is your favorite
4           television police show?

5

6           _____

7    75.    Please describe any contacts you have had with police officers or police
            departments through your work, in your neighborhood, or in your social life.
8

9           _____

10

11          _____

12   76.    Have you ever called the police for assistance?  Yes: ___      No: ___

13          If so, briefly describe the circumstances. _____

14

15          _____

16

17          _____

18

19          _____

20   77.    Do you have any particular feelings about police officers or police agencies
            that may affect your ability to serve as a fair and impartial juror in this case?
21
            Yes: ___        No: ___
22
            If so, please describe those feelings. _____
23

24          _____

25

26          _____

27

28          _____

1

2    78.      Have you had any positive experiences with police?  Yes: ___   No: ___

3

             If so, briefly describe._____

4

5

6              Have you have any negative experiences with police?  Yes: ___     No:___

7

             If so, briefly describe._____

8

9

10   79.      Other than as stated above, how do you feel about the state of law

11              enforcement in this country today?

12

13

14

15

16

17

18              In your community? _____

19

20

21

22   80.      Do you have any particular opinion or reaction to a claim of police

23              misconduct?  Yes: ___     No: ___

24              If so, what is it? _____

25

26

27

28

81.     Have you or any member of your family ever made a complaint against a
        police officer or against a police department?  Yes: ____      No: ____

        If so, what was the nature of the complaint? _____

        _____

        _____

        _____

        What was the outcome and were you satisfied with the outcome?

        _____

        _____

        Was an investigation made by the police department?  Yes: ____      No: ____

        If not, why not? _____

        _____

        If so, do you feel the investigation was thorough?  Yes: ____   No: ____

        If not, why not? _____

        _____

        _____

82.     Have you ever had any of the following contacts with police officers or police
        agencies:

        Been questioned by an officer?    Yes: ____      No: ____

        Been accused by an officer of any wrongdoing?  Yes: ____      No: ____

DEFENDANTS' [proposed] JURY QUESTIONNAIRE  - 18-
Case NO. C 05 04045 EMC

83.     Have you ever been a party or a witness in any lawsuit which involved the Oakland Police Department, police officers, the City of Oakland, or any of its employees?   Yes: ____      No: ____

84.     Do you have an opinion regarding the job performance of the Oakland Police Department or any of its officers?

        If so, please state your opinion: _____

        _____

        _____


                              EXPLANATION SHEET

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____