JOHN A. RUSSO, City Attorney – State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney – State Bar #080142
RACHEL WAGNER, Supervising Trial Attorney – State Bar # 127246
GLORIA Y. LEE, Deputy City Attorney – State Bar # 202362
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-7543    Fax: (510) 238-6500
Email: glee@oaklandcityattorney.org
24634/417269

Attorneys for Defendants,
CITY OF OAKLAND, J. PARKINSON,
AND M. MIDYETT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TORRY SMITH, PATRICIA GRAY, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, a municipal corporation; J. PARKINSON, individually, and in his capacity as a police officer, M. MIDYETTE, individually, and in his capacity as police officer, Does 1-25 inclusive, <br><br> Defendants. | Case No. C05 04045 EMC <br><br> **DEFENDANTS' MOTION IN LIMINE NO. 6 TO EXCLUDE PRIOR CRIMINAL CHARGES AGAINST OFFICER MIDYETT** <br><br> Trial Date: November 26, 2007 <br> Court: Courtroom C, 15th Fl. <br> Judge: Hon. Edward M. Chen <br><br> Pretrial Conference: November 14, 2007 |

## INTRODUCTION

Defendants move *in limine* for an Order excluding any evidence of prior criminal charges against defendant Officer Marcus Midyett. Because the information is entirely irrelevant to any of the issues in this case, it should be excluded pursuant to FRE 403.

## LEGAL ARGUMENT

Officer Midyett testified in deposition to three dated incidents in which he was criminally charged. One involved stealing a Christmas tree in or around 1973, another involved a DUI charge in or around 1974, and the third involved a disturbing the peace charge in or around 1997. Although plaintiffs' counsel has not indicated that he will be asking questions about these incidents, as a cautionary measure, defendants request that the Court exclude these subject matters as irrelevant to the issues that will be tried in this case: the reasonableness of the search of plaintiffs' residence and the arrest of plaintiff Torry Smith.

## CONCLUSION

For the reasons stated above, defendants respectfully request an Order prohibiting plaintiffs, plaintiffs' witnesses, and plaintiffs' counsel from making any mention of Officer Marcus Midyett's prior criminal charges.

Dated: October 26, 2007

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Chief Assistant City Attorney
RACHEL WAGNER, Supervising Trial Attorney
GLORIA Y. LEE, Deputy City Attorney

By: /s/ Gloria Y. Lee
Attorneys for Defendants,
CITY OF OAKLAND, et al.