**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Torry Smith, et al.,

        Plaintiffs,

  v.

City of Oakland, et al.,

        Defendants.

_____/

No. CV05-04045 EMC

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the JURY TRIAL set for **November 26, 2007 will begin from 8:30 a.m. to 5:00 p.m.** before Magistrate Judge Edward M. Chen, **in Courtroom D**, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: November 1, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy