```
1  JOHN A. RUSSO, City Attorney – State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney – State Bar #080142
2  RACHEL WAGNER, Supervising Trial Attorney – State Bar # 127246
   GLORIA Y. LEE, Deputy City Attorney – State Bar # 202362
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-7543    Fax: (510) 238-6500
   Email: glee@oaklandcityattorney.org
5  24634/423620

6  Attorneys for Defendants,
   CITY OF OAKLAND, J. PARKINSON,
7  AND M. MIDYETT
```

FILED
NOV 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TORRY SMITH, PATRICIA GRAY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; J. PARKINSON, individually, and in his capacity as a police officer, M. MIDYETTE, individually, and in his capacity as police officer, Does 1-25 inclusive,<br><br>Defendants. | Case No. C05 04045 EMC<br><br>[proposed] ORDER REGARDING DEFENDANTS' EXHIBIT FOR TRIAL<br><br>Trial Date: November 26, 2007<br>Court: Courtroom C, 15th Fl.<br>Judge: Hon. Edward M. Chen<br><br>Pretrial Conference: November 14, 2007 |

IT IS HEREBY ORDERED THAT attorneys for Defendants, the Oakland City Attorneys Office, shall be permitted to bring a .45 Thompson carbine assault rifle to the courtroom of Magistrate Judge Edward M. Chen, Courtroom C, for trial beginning on November 26, 2007.

DATED: 11/14/07

_____
Hon. Edward M. Chen
United States District Court