1  JOHN A. RUSSO, City Attorney – State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney – State Bar #080142
2  RACHEL WAGNER, Supervising Trial Attorney – State Bar # 127246
   GLORIA Y. LEE, Deputy City Attorney – State Bar # 202362
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:  (510) 238-7543        Fax:  (510) 238-6500
   Email: glee@oaklandcityattorney.org
5  24634/423621

6  Attorneys for Defendants,
   CITY OF OAKLAND, J. PARKINSON,
7  AND M. MIDYETT

**FILED**

NOV 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11               **SAN FRANCISCO DIVISION**

12

13  TORRY SMITH, PATRICIA GRAY,          Case No.  C05 04045 EMC

             Plaintiffs,                  **[proposed] ORDER REGARDING**
14                                        **DEFENDANTS' EQUIPMENT FOR**
       v.                                 **TRIAL**
15
    CITY OF OAKLAND, a municipal
16  corporation; J. PARKINSON, individually,   Trial Date: November 26, 2007
    and in his capacity as a police officer, M.   Court:      Courtroom C, 15th Fl.
17  MIDYETTE, individually, and in his capacity   Judge:     Hon. Edward M. Chen
    as police officer, Does 1-25 inclusive,
18                                        Pretrial Conference:  November 14, 2007
             Defendants.
19

20       IT IS HEREBY ORDERED THAT  attorneys for Defendants, the Oakland City

21  Attorneys Office, shall be permitted to bring an cassette tape/ compact disc player, laptop

22  computer(s), and easel and pointer to the courtroom of to the courtroom of Magistrate

23  Judge Edward M. Chen, Courtroom C, for trial beginning on November 26, 2007.

24

25  DATED:  11/14/07

                                          _____
26                                        Hon. Edward M. Chen
                                          United States District Court

[proposed] ORDER REGARDING                                              C 05-04045 EMC
DEFENDANTS' EQUIPMENT FOR TRIAL          - 1 -