UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Torry Smith, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>City of Oakland, et al.,<br><br>    Defendants.<br>_____/ | No. CV05-04045 EMC<br><br>**ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS** |

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter at the expense of the United States effective November 26, 2007 through November 30, 2007.

IT IS SO ORDERED.

Dated:   November 19, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge