# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL TRIAL MINUTES

**CASE NO. C05-4045 EMC**
**CASE NAME:**  Torry Smith, et al. v. City of Oakland, et al.

| | |
|---|---|
| **MAGISTRATE JUDGE EDWARD M. CHEN** | **COURTROOM DEPUTY**: Betty Fong |
| **DATE**: 11/20/07 | **COURT REPORTER:** Lydia Zinn |
| **Time:** 9:34 a.m. - 1:34 p.m. | |
| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
| Ben Nisenbaum<br>Karen Koonan (Jury consultant) | Gloria Lee<br>Jennifer Logue |

**Jury Selection:**  11/20/07

**Trial To Begin:** 11/26/07  8:30 a.m.                                **Further Trial:**

**TRIAL MOTIONS HEARD:**                                                                **RULING**

**Other:**

Court discussed pretrial issues with counsel.  Jury selection held.  Eight-member jury selected as follows:   Jesus Saucedo**,** Anne Simon, Nominique Chico, Dianne Adams, Cynthia Ladd-Viti, Laurie Brunkow, Lisa Davis-Lee, and Martin Tabor.

**Verdict:**

**Disposition of Exhibits:**

Plaintiff:

Defendants:

CC:      EMC