1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TORRY SMITH, *et al.*,

　　　　　Plaintiffs,

　　v.

CITY OF OAKLAND, *et al.*,

　　　　　Defendants.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿/

No. C-05-4045 EMC

**ORDER RE SPOLIATION**

On November 20, 2007, the Court discussed with the parties whether evidence regarding spoliation would be admissible and further whether an adverse inference instruction based on spoliation would be appropriate.  The Court held that Plaintiffs may, during their opening statement, refer to the fact that the rifle was cleaned, thus making it unavailable for further testing by their expert Mr. Barnett.  The Court also held that Plaintiffs may elicit that same fact as part of the presentation of their case to the jury.  However, any attempt to elicit the additional fact that the cleaning of the rifle violated policy or otherwise constituted spoliation will be subject to objection by Defendants.  The Court reserved ruling on whether such evidence will be admissible and whether any adverse inference instruction will be given.

IT IS SO ORDERED.

Dated:  November 21, 2007

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
EDWARD M. CHEN
United States Magistrate Judge