**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRY SMITH, *et al.*, | No. C-05-4045 EMC |
| Plaintiffs, | |
| v. | **PROPOSED JURY INSTRUCTION: LIMITING INSTRUCTION RE DISMISSALS** |
| CITY OF OAKLAND, *et al.*, | |
| Defendants. | (Given to counsel 11/26/2007) |
| _____/ | |

### LIMITING INSTRUCTION RE DISMISSALS

You have heard testimony from Defendant John Parkinson that the criminal charges against Plaintiff Torry Smith arising out of his arrest on September 10, 2004, were dismissed twice following preliminary hearings.  Criminal charges may be dismissed for a variety of reasons that have no bearing on whether or not the Defendant officers had probable cause to arrest Torry Smith or the legality of the search.  Those issues are for you to decide.  Instead, you may only consider the dismissals of criminal charges against Torry Smith in assessing the credibility of John Parkinson's testimony.

IT IS SO ORDERED.

Dated:  November 26, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge