UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TORRY SMITH, *et al.*,                                      No. C-05-4045 EMC

        Plaintiffs,

        v.                                             **PROPOSED VERDICT FORM --**
                                                           **LIABILITY AND DAMAGES**

CITY OF OAKLAND, *et al.*,

        Defendants.
_____/

# VERDICT FORM

## LIABILITY

**QUESTION NO. 1(A)**:

Do you find by a preponderance of the evidence that one or more of the Defendants entered the

residence of Plaintiff Torry Smith for arbitrary and capricious reasons in violation of the Plaintiff's

constitutional rights?

        Answer:      Yes _____    No _____

                  **If yes, which Defendant(s):**

                      John Parkinson _____

                      Marcus Midyett _____

        Proceed to Question No. 1(b).

///

///

///

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

**QUESTION NO. 1(B):**

Do you find by a preponderance of the evidence that one or more of the Defendants entered the residence of Plaintiff Patricia Gray for arbitrary and capricious reasons in violation of the Plaintiff's constitutional rights?

Answer:        Yes _____        No _____

**If yes, which Defendant(s):**

John Parkinson _____

Marcus Midyett _____

Proceed to Question No. 2.

**QUESTION NO. 2:**

Do you find by a preponderance of the evidence that one or more of the Defendants arrested Plaintiff Torry Smith without probable cause in violation of his constitutional rights?

Answer:        Yes _____        No _____

**If yes, which Defendant(s):**

John Parkinson _____

Marcus Midyett _____

Proceed to Question No. 3(a).

**QUESTION NO. 3(A):**

Do you find by a preponderance of the evidence that one or more of the Defendants falsely imprisoned or arrested Plaintiff Torry Smith?

Answer:        Yes _____        No _____

**If yes, which Defendant(s):**

John Parkinson _____

Marcus Midyett _____

Proceed to Question No. 3(b).

**QUESTION NO. 3(B):**

Do you find by a preponderance of the evidence that one or more of the Defendants falsely imprisoned or arrested Plaintiff Patricia Smith?

Answer:        Yes _____     No _____

**If yes, which Defendant(s):**

John Parkinson _____

Marcus Midyett _____

Proceed to Question No. 4(a).

**QUESTION NO. 4(A):**

Do you find by a preponderance of the evidence that one or more of the Defendants interfered or attempted to interfere by threats, intimidation, or coercion with the exercise or enjoyment by Plaintiff Torry Smith of rights secured by the Constitution, laws of the United States, or laws of California causing harm to the Plaintiff?

Answer:        Yes _____     No _____

**If yes, which Defendant(s):**

John Parkinson _____

Marcus Midyett _____

Proceed to Question No. 4(b).

**QUESTION NO. 4(B):**

Do you find by a preponderance of the evidence that one or more of the Defendants interfered to attempted to interfere by threats, intimidation, or coercion with the exercise or enjoyment by Plaintiff  Patricia Gray of rights secured by the Constitution, laws of the United States, or laws of California causing harm to the Plaintiff?

Answer:        Yes _____     No _____

**If yes, which Defendant(s):**

John Parkinson _____

United States District Court

For the Northern District of California

-3-

1        Marcus Midyett _____

2   Proceed to Question No. 5(a).

3

4 **QUESTION NO. 5(A):**

5 Do you find by a preponderance of the evidence that (1) the conduct of one or more of the

6 Defendants was outrageous with respect to Plaintiff Torry Smith; (2) one or more of the Defendants

7 intended to cause the Plaintiff emotional distress or acted with reckless disregard of the probability

8 that the Plaintiff would suffer emotional distress, knowing that the Plaintiff was present when the

9 conduct occurred; (3) the Plaintiff suffered severe emotional distress; and (4) the conduct of one or

10 more of the Defendants was a substantial factor in causing the Plaintiff's severe emotional distress?

11   Answer:  Yes _____  No _____

12      **If yes, which Defendant(s):**

13        John Parkinson _____

14        Marcus Midyett _____

15   Proceed to Question No. 5(b).

16

17 **QUESTION NO. 5(B):**

18 Do you find by a preponderance of the evidence that (1) the conduct of one or more of the

19 Defendants was outrageous with respect to Plaintiff Patricia Gray; (2) one or more of the Defendants

20 intended to cause the Plaintiff emotional distress or acted with reckless disregard of the probability

21 that the Plaintiff would suffer emotional distress, knowing that the Plaintiff was present when the

22 conduct occurred; (3) the Plaintiff suffered severe emotional distress; and (4) the conduct of one or

23 more of the Defendants was a substantial factor in causing the Plaintiff's severe emotional distress?

24   Answer:  Yes _____  No _____

25      **If yes, which Defendant(s):**

26        John Parkinson _____

27        Marcus Midyett _____

28   Proceed to Question No. 6(a).

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

## DAMAGES

**QUESTION NO. 6(A):**

If you answered "Yes" to Question Nos. 1(a), 2, 3(a), 4(a), *or* 5(a), what are Plaintiff Torry Smith's damages?

      Past lost earnings _____

      Emotional distress _____

      Proceed to Question No. 6(b).


**QUESTION NO. 6(B):**

If you answered "Yes" to Question Nos. 1(a), 2, 3(a), 4(a), *or* 5(a), do you find that Plaintiff Torry Smith is entitled to punitive damages?

      Answer:     Yes _____     No _____

               **If yes, against which Defendant(s):**

                  John Parkinson _____

                  Marcus Midyett _____

If "Yes," the Court will provide further direction in determining the amount of punitive damages.

      Proceed to Question No. 6(c).


**QUESTION NO. 6(C):**

If you answered "Yes" to Question No. 4(a), do you find that the conduct of one or more of the Defendants upon which you base your finding was willful?

      Answer:     Yes _____     No _____

               **If yes, against which Defendant(s):**

                  John Parkinson _____

                  Marcus Midyett _____

If "Yes," then each such Defendant is liable for a civil penalty of $25,000.  Please set forth the civil penalty for each Defendant for whom you answered "Yes."

      John Parkinson $_____

1       Marcus Midyett $_____

2       Proceed to Question No. 7(a).

3

4 **QUESTION NO. 7(A):**

5 If you answered "Yes" to Question Nos. 1(b), 3(b), 4(b), *or* 5(b), what are Plaintiff Patricia Gray's

6 damages?

7       Emotional distress _____

8       Proceed to Question No. 7(b).

9

10 **QUESTION NO. 7(B):**

11 If you answered "Yes" to Question Nos. 1(b), 3(b), 4(b), *or* 5(b), do you find that Plaintiff Patricia

12 Gray is entitled to punitive damages?

13       Answer:     Yes _____     No _____

14             **If yes, against which defendant(s):**

15             John Parkinson _____

16             Marcus Midyett _____

17 If "Yes," the Court will provide further direction in determining the amount of punitive damages.

18       Proceed to Question No. 7(c).

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

United States District Court

For the Northern District of California

**QUESTION NO. 7(C):**

If you answered "Yes" to Question No. 4(b), do you find that the conduct of one or more of the Defendants upon which you base your finding was willful?

    Answer:        Yes _____        No _____

                    **If yes, against which Defendant(s):**

                            John Parkinson _____

                            Marcus Midyett _____

If "Yes," then each such Defendant is liable for a civil penalty of $25,000.  Please set forth the civil penalty for each Defendant for whom you answered "Yes."

    John Parkinson $_____

    Marcus Midyett $_____




    PLEASE SIGN, DATE, AND RETURN THIS VERDICT.




Dated: _____            _____
                                          JURY FOREPERSON

-7-