UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRY SMITH, *et al.*, | No. C-05-4045 EMC |
|     Plaintiffs, | |
|     v. | **AMENDED PROPOSED VERDICT FORM -- LIABILITY AND DAMAGES** |
| CITY OF OAKLAND, *et al.*, | |
|     Defendants. | |

# VERDICT FORM

## LIABILITY

**QUESTION NO. 1(A)**:

Do you find by a preponderance of the evidence that one or more of the Defendants entered the residence of Plaintiff Torry Smith for arbitrary and capricious reasons in violation of the Plaintiff's constitutional rights?

    Answer:    Yes _____    No _____

    **If yes, which Defendant(s):**

        John Parkinson _____

        Marcus Midyett _____

    Proceed to Question No. 1(b).

///

///

///

**QUESTION NO. 1(B):**

Do you find by a preponderance of the evidence that one or more of the Defendants entered the residence of Plaintiff Patricia Gray for arbitrary and capricious reasons in violation of the Plaintiff's constitutional rights?

    Answer:    Yes _____    No _____

    **If yes, which Defendant(s):**

        John Parkinson _____

        Marcus Midyett _____

    Proceed to Question No. 2.

**QUESTION NO. 2:**

Do you find by a preponderance of the evidence that one or more of the Defendants arrested Plaintiff Torry Smith without probable cause in violation of his constitutional rights?

    Answer:    Yes _____    No _____

    **If yes, which Defendant(s):**

        John Parkinson _____

        Marcus Midyett _____

    Proceed to Question No. 3(a).

**QUESTION NO. 3(A):**

Do you find by a preponderance of the evidence that one or more of the Defendants falsely imprisoned or arrested Plaintiff Torry Smith?

    Answer:    Yes _____    No _____

    **If yes, which Defendant(s):**

        John Parkinson _____

        Marcus Midyett _____

    Proceed to Question No. 3(b).

**QUESTION NO. 3(B):**

Do you find by a preponderance of the evidence that one or more of the Defendants falsely imprisoned or arrested Plaintiff Patricia Gray?

    Answer:    Yes _____    No _____

        **If yes, which Defendant(s):**

            John Parkinson _____

            Marcus Midyett _____

Proceed to Question No. 4(a).

**QUESTION NO. 4(A):**

Do you find by a preponderance of the evidence that one or more of the Defendants interfered or attempted to interfere by threats, intimidation, or coercion with the exercise or enjoyment by Plaintiff Torry Smith of rights secured by the Constitution, laws of the United States, or laws of California causing harm to the Plaintiff?

    Answer:    Yes _____    No _____

        **If yes, which Defendant(s):**

            John Parkinson _____

            Marcus Midyett _____

Proceed to Question No. 4(b).

**QUESTION NO. 4(B):**

Do you find by a preponderance of the evidence that one or more of the Defendants interfered to attempted to interfere by threats, intimidation, or coercion with the exercise or enjoyment by Plaintiff  Patricia Gray of rights secured by the Constitution, laws of the United States, or laws of California causing harm to the Plaintiff?

    Answer:    Yes _____    No _____

        **If yes, which Defendant(s):**

            John Parkinson _____

Marcus Midyett _____

Proceed to Question No. 5(a).

**QUESTION NO. 5(A):**

Do you find by a preponderance of the evidence that (1) the conduct of one or more of the Defendants was outrageous with respect to Plaintiff Torry Smith; (2) one or more of the Defendants intended to cause the Plaintiff emotional distress or acted with reckless disregard of the probability that the Plaintiff would suffer emotional distress, knowing that the Plaintiff was present when the conduct occurred; (3) the Plaintiff suffered severe emotional distress; and (4) the conduct of one or more of the Defendants was a substantial factor in causing the Plaintiff's severe emotional distress?

    Answer:    Yes _____   No _____

    **If yes, which Defendant(s):**

        John Parkinson _____

        Marcus Midyett _____

Proceed to Question No. 5(b).

**QUESTION NO. 5(B):**

Do you find by a preponderance of the evidence that (1) the conduct of one or more of the Defendants was outrageous with respect to Plaintiff Patricia Gray; (2) one or more of the Defendants intended to cause the Plaintiff emotional distress or acted with reckless disregard of the probability that the Plaintiff would suffer emotional distress, knowing that the Plaintiff was present when the conduct occurred; (3) the Plaintiff suffered severe emotional distress; and (4) the conduct of one or more of the Defendants was a substantial factor in causing the Plaintiff's severe emotional distress?

    Answer:    Yes _____   No _____

    **If yes, which Defendant(s):**

        John Parkinson _____

        Marcus Midyett _____

Proceed to Question No. 6(a).

# DAMAGES

**QUESTION NO. 6(A):**

If you answered "Yes" to Question Nos. 1(a), 2, 3(a), 4(a), *or* 5(a), what are Plaintiff Torry Smith's damages?

  Past lost earnings _____

  Emotional distress _____

  Proceed to Question No. 6(b).

**QUESTION NO. 6(B):**

If you answered "Yes" to Question Nos. 1(a), 2, 3(a), 4(a), *or* 5(a), do you find that Plaintiff Torry Smith is entitled to punitive damages?

  Answer: Yes _____ No _____

  **If yes, against which Defendant(s):**

    John Parkinson _____

    Marcus Midyett _____

If "Yes," the Court will provide further direction in determining the amount of punitive damages.

  Proceed to Question No. 6(c).

**QUESTION NO. 6(C):**

If you answered "Yes" to Question No. 4(a), do you find that the conduct of one or more of the Defendants upon which you base your finding was willful?

  Answer: Yes _____ No _____

  **If yes, against which Defendant(s):**

    John Parkinson _____

    Marcus Midyett _____

If "Yes," then each such Defendant is liable for a civil penalty of $25,000. Please set forth the civil penalty for each Defendant for whom you answered "Yes."

  John Parkinson $_____

   Marcus Midyett $_____

   Proceed to Question No. 7(a).

**QUESTION NO. 7(A):**

If you answered "Yes" to Question Nos. 1(b), 3(b), 4(b), *or* 5(b), what are Plaintiff Patricia Gray's damages?

   Emotional distress _____

   Proceed to Question No. 7(b).

**QUESTION NO. 7(B):**

If you answered "Yes" to Question Nos. 1(b), 3(b), 4(b), *or* 5(b), do you find that Plaintiff Patricia Gray is entitled to punitive damages?

   Answer:  Yes \_\_\_\_\_  No \_\_\_\_\_

    **If yes, against which defendant(s):**

     John Parkinson _____

     Marcus Midyett _____

If "Yes," the Court will provide further direction in determining the amount of punitive damages.

   Proceed to Question No. 7(c).

///

///

///

///

///

///

///

///

///

///

-6-

**QUESTION NO. 7(C):**

If you answered "Yes" to Question No. 4(b), do you find that the conduct of one or more of the Defendants upon which you base your finding was willful?

    Answer:    Yes \_\_\_\_\_    No \_\_\_\_\_

**If yes, against which Defendant(s):**

        John Parkinson _____

        Marcus Midyett _____

If "Yes," then each such Defendant is liable for a civil penalty of $25,000. Please set forth the civil penalty for each Defendant for whom you answered "Yes."

    John Parkinson $_____

    Marcus Midyett $_____

    PLEASE SIGN, DATE, AND RETURN THIS VERDICT.

Dated: _____        _____
                                                        JURY FOREPERSON