UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRY SMITH, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-05-4045 EMC<br><br>**PROPOSED JURY INSTRUCTIONS ON PUNITIVE DAMAGES** |

**JURY INSTRUCTION NO. 38 -- PUNITIVE DAMAGES**

If you find that punitive damages are appropriate, you must use reason in setting the amount. Punitive damages, if any, should be in an amount sufficient to fulfill their purposes but should not reflect bias, prejudice or sympathy toward any party. In considering punitive damages, you may consider the degree of reprehensibility of the defendant's conduct and the relationship of any award of punitive damages to any actual harm inflicted on the plaintiff.

You may impose punitive damages against one or more of the defendants and not others, and may award different amounts against different defendants.

Punitive damages may be awarded even if you award plaintiff only nominal, and not compensatory, damages.

**JURY INSTRUCTION NO. 39 -- PUNITIVE DAMAGES FOR CALIFORNIA CIVIL CODE § 52.1**

In arriving at any award of punitive damages, you should consider the following:

a. the reprehensibility of the conduct of the defendants;

b. the amount of punitive damages which will have a deterrent effect on the defendant in the light of defendant's financial condition;

c. that the punitive damages must bear a reasonable relation to the injury, harm, or damage actually suffered by the plaintiff;

d. the amount cannot be less than $1,000.00, nor more than three times the total actual damages.