UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRY SMITH, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF OAKLAND, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-05-4045 EMC<br><br>**JURY INSTRUCTION NO. 19A** |

**JURY INSTRUCTION NO. 19A**

Restrain, confine or detain means to deprive one of his/her freedom of movement by use of physical barriers, force, threats of force, menace, fraud, deceit or unreasonable duress.