ORIGINAL
FILED

NOV 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TORRY SMITH, *et al.*,

       Plaintiffs,

    v.

CITY OF OAKLAND, *et al.*,

       Defendants.

/

No. C-05-4045 EMC

**VERDICT FORM -- LIABILITY AND DAMAGES**

# VERDICT FORM

## LIABILITY

**QUESTION NO. 1(A)**:

Do you find by a preponderance of the evidence that one or more of the Defendants entered the residence of Plaintiff Torry Smith for arbitrary and capricious reasons in violation of the Plaintiff's constitutional rights?

    Answer:     Yes _X_    No _____

            **If yes, which Defendant(s):**

               John Parkinson _X_

               Marcus Midyett _X_

    Proceed to Question No. 1(b).

///

///

///

United States District Court

For the Northern District of California

**United States District Court**
For the Northern District of California

1   **QUESTION NO. 1(B):**

2   Do you find by a preponderance of the evidence that one or more of the Defendants entered the

3   residence of Plaintiff Patricia Gray for arbitrary and capricious reasons in violation of the Plaintiff's

4   constitutional rights?

5         Answer:     Yes  X    No     

6         **If yes, which Defendant(s):**

7             John Parkinson  X   

8             Marcus Midyett  X   

9        Proceed to Question No. 2.

10

11  **QUESTION NO. 2:**

12  Do you find by a preponderance of the evidence that one or more of the Defendants arrested Plaintiff

13  Torry Smith without probable cause in violation of his constitutional rights?

14        Answer:     Yes  X    No     

15        **If yes, which Defendant(s):**

16            John Parkinson  X   

17            Marcus Midyett  X   

18       Proceed to Question No. 3(a).

19

20  **QUESTION NO. 3(A):**

21  Do you find by a preponderance of the evidence that one or more of the Defendants falsely

22  imprisoned or arrested Plaintiff Torry Smith?

23        Answer:     Yes  X    No     

24        **If yes, which Defendant(s):**

25            John Parkinson  X   

26            Marcus Midyett  X   

27       Proceed to Question No. 3(b).

28

**United States District Court**
For the Northern District of California

**QUESTION NO. 3(B):**

Do you find by a preponderance of the evidence that one or more of the Defendants falsely

imprisoned or arrested Plaintiff Patricia Gray?

        Answer:      Yes __✗__    No _____

               **If yes, which Defendant(s):**

                     John Parkinson _____

                     Marcus Midyett __✗__

        Proceed to Question No. 4(a).

**QUESTION NO. 4(A):**

Do you find by a preponderance of the evidence that one or more of the Defendants interfered or

attempted to interfere by threats, intimidation, or coercion with the exercise or enjoyment by Plaintiff

Torry Smith of rights secured by the Constitution, laws of the United States, or laws of California

causing harm to the Plaintiff?

        Answer:      Yes __✗__    No _____

               **If yes, which Defendant(s):**

                     John Parkinson __✗__

                     Marcus Midyett __✗__

        Proceed to Question No. 4(b).

**QUESTION NO. 4(B):**

Do you find by a preponderance of the evidence that one or more of the Defendants interfered to

attempted to interfere by threats, intimidation, or coercion with the exercise or enjoyment by Plaintiff

Patricia Gray of rights secured by the Constitution, laws of the United States, or laws of California

causing harm to the Plaintiff?

        Answer:      Yes __✗__    No _____

               **If yes, which Defendant(s):**

                     John Parkinson __✗__

United States District Court
For the Northern District of California

1    Marcus Midyett  X

2    Proceed to Question No. 5(a).

3

4    **QUESTION NO. 5(A):**

5    Do you find by a preponderance of the evidence that (1) the conduct of one or more of the

6    Defendants was outrageous with respect to Plaintiff Torry Smith; (2) one or more of the Defendants

7    intended to cause the Plaintiff emotional distress or acted with reckless disregard of the probability

8    that the Plaintiff would suffer emotional distress, knowing that the Plaintiff was present when the

9    conduct occurred; (3) the Plaintiff suffered severe emotional distress; and (4) the conduct of one or

10   more of the Defendants was a substantial factor in causing the Plaintiff's severe emotional distress?

11   Answer:        Yes __X__    No _____

12   **If yes, which Defendant(s):**

13   John Parkinson  X

14   Marcus Midyett  X

15   Proceed to Question No. 5(b).

16

17   **QUESTION NO. 5(B):**

18   Do you find by a preponderance of the evidence that (1) the conduct of one or more of the

19   Defendants was outrageous with respect to Plaintiff Patricia Gray; (2) one or more of the Defendants

20   intended to cause the Plaintiff emotional distress or acted with reckless disregard of the probability

21   that the Plaintiff would suffer emotional distress, knowing that the Plaintiff was present when the

22   conduct occurred; (3) the Plaintiff suffered severe emotional distress; and (4) the conduct of one or

23   more of the Defendants was a substantial factor in causing the Plaintiff's severe emotional distress?

24   Answer:        Yes __X__    No _____

25   **If yes, which Defendant(s):**

26   John Parkinson  X

27   Marcus Midyett  X

28   Proceed to Question No. 6(a).

-4-

United States District Court

For the Northern District of California

1    ## DAMAGES

2    **QUESTION NO. 6(A):**

3    If you answered "Yes" to Question Nos. 1(a), 2, 3(a), 4(a), *or* 5(a), what are Plaintiff Torry Smith's

4    damages?

5         Past lost earnings $ *8,000.00*

6         Emotional distress $ *5,000,000.00*

7         Proceed to Question No. 6(b).

8

9    **QUESTION NO. 6(B):**

10   If you answered "Yes" to Question Nos. 1(a), 2, 3(a), 4(a), *or* 5(a), do you find that Plaintiff Torry

11   Smith is entitled to punitive damages?

12        Answer:        Yes  X        No _____

13                  **If yes, against which Defendant(s):**

14                       John Parkinson ___X_____

15                       Marcus Midyett ___X____

16   If "Yes," the Court will provide further direction in determining the amount of punitive damages.

17        Proceed to Question No. 6(c).

18

19   **QUESTION NO. 6(C):**

20   If you answered "Yes" to Question No. 4(a), do you find that the conduct of one or more of the

21   Defendants upon which you base your finding was willful?

22        Answer:        Yes  X        No _____

23                  **If yes, against which Defendant(s):**

24                       John Parkinson ___X_____

25                       Marcus Midyett ___X____

26   If "Yes," then each such Defendant is liable for a civil penalty of $25,000.  Please set forth the civil

27   penalty for each Defendant for whom you answered "Yes."

28        John Parkinson $ *25,000.00*

1    Marcus Midyett $ *25,000.00*

2    Proceed to Question No. 7(a).

3

4    **QUESTION NO. 7(A):**

5    If you answered "Yes" to Question Nos. 1(b), 3(b), 4(b), *or* 5(b), what are Plaintiff Patricia Gray's

6    damages?

7    Emotional distress *$750,000.00*

8    Proceed to Question No. 7(b).

9

10   **QUESTION NO. 7(B):**

11   If you answered "Yes" to Question Nos. 1(b), 3(b), 4(b), *or* 5(b), do you find that Plaintiff Patricia

12   Gray is entitled to punitive damages?

13   Answer:      Yes _X_      No _____

14                **If yes, against which defendant(s):**

15                John Parkinson _____X_____

16                Marcus Midyett _____X_____

17   If "Yes," the Court will provide further direction in determining the amount of punitive damages.

18   Proceed to Question No. 7(c).

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

United States District Court
For the Northern District of California

-6-

United States District Court
For the Northern District of California

**QUESTION NO. 7(C):**

If you answered "Yes" to Question No. 4(b), do you find that the conduct of one or more of the

Defendants upon which you base your finding was willful?

Answer:        Yes  X        No _____

**If yes, against which Defendant(s):**

John Parkinson ___X___

Marcus Midyett ___X___

If "Yes," then each such Defendant is liable for a civil penalty of $25,000.  Please set forth the civil

penalty for each Defendant for whom you answered "Yes."

John Parkinson $25,000.00

Marcus Midyett $25,000.00

PLEASE SIGN, DATE, AND RETURN THIS VERDICT.

Dated: 11/30/2007          *Laurie Brunkow*
                            JURY FOREPERSON

-7-