FILED
NOV 30 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TORRY SMITH, et al.,

    Plaintiffs,

v.

CITY OF OAKLAND, et al.,

    Defendants.

No. C-05-4045 EMC

**VERDICT FORM -- PUNITIVE DAMAGES**

# VERDICT FORM

## PUNITIVE DAMAGES

**QUESTION NO. 8:**

Please set forth the amount of punitive damages awarded.

    John Parkinson $100,000.00

    Marcus Midyett $100,000.00

TORRY SMITH   $90,000.00 PARKINSON
                 $90,000.00 MIDYETT   } distribution
PATRICIA GRAY $10,000.00 PARKINSON
                $10,000.00 MIDYETT

PLEASE SIGN, DATE, AND RETURN THIS VERDICT.

Dated: 11/30/2007             _Laurie Brunkow_
                                       JURY FOREPERSON