FILED
NOV 30 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TORRY SMITH, et al.,

    Plaintiffs,

v.

CITY OF OAKLAND, et al.,

    Defendants.

No. C-05-4045 EMC

**VERDICT FORM -- PUNITIVE DAMAGES**

# VERDICT FORM

## PUNITIVE DAMAGES

**QUESTION NO. 8:**

Please set forth the amount of punitive damages awarded.

    John Parkinson  $100,000.00

    Marcus Midyett  $100,000.00

TORRY SMITH  $90,000.00 PARKINSON  
                  $90,000.00 MIDYETT  
PATRICIA GRAY  $10,000.00 PARKINSON  
                    $10,000.00 MIDYETT  

} distribution

PLEASE SIGN, DATE, AND RETURN THIS VERDICT.

Dated: 11/30/2007             _Laurie Brunkow_  
                                                      JURY FOREPERSON

United States District Court
For the Northern District of California