**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Torry Smith, et al.,

    Plaintiffs,

  v.

City of Oakland, et al.,

    Defendants.
_____/

No. CV05-04045 EMC

**JUDGMENT IN A CIVIL CASE**

(x) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** pursuant to the verdicts filed on November 30, 2007, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment be entered in favor of Plaintiffs as follows:

| Plaintiff Torry Smith: | Past Lost Earnings: | $8,000 |
|---|---|---|
| | Emotional Distress: | $5,000,000 |
| | Civil Penalty: | $25,000 (against John Parkinson)<br>$25,000 (against Marcus Midyett) |
| | Punitive Damages: | $90,000 (against John Parkinson)<br>$90,000 (against Marcus Midyett) |

| Plaintiff Patricia Gray: | Emotional Distress: | $750,000 |
| --- | --- | --- |
| | Civil Penalty: | $25,000 (against John Parkinson)<br>$25,000 (against Marcus Midyett) |
| | Punitive Damages: | $10,000 (against John Parkinson)<br>$10,000 (against Marcus Midyett) |

Dated: November 30, 2007                                            Richard W. Wieking, Clerk

By: Betty Fong
Deputy Clerk

**United States District Court**
For the Northern District of California