JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
(510) 839-5200

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| TORRY SMITH; PATRICIA GRAY, | Case No.  C 05 04045 EMC |
|---|---|
| Plaintiffs, | **STIPULATION AND (~~PROPOSED~~) ORDER TO ENLARGE TIME FOR THE FILING OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES (L.R. 54-6)** |
| vs. | |
| CITY OF OAKLAND,  a municipal corporation; J. PARKINSON, individually, and in his capacity as a police officer for the CITY OF OAKLAND; M. MIDYETTE, individually, and in his capacity as a police officer for the CITY OF OAKLAND;  and, Oakland police officers DOES 1-25, inclusive, | |
| Defendants.                                              / | |

The parties to the above-entitled action hereby stipulate, pursuant to Civil Local Rules 54-6 and 6-2, that the time for Plaintiffs' to file their motion for attorneys' fees be enlarged following the Entry of the Judgment in Plaintiffs' favor in the above-entitled action on November 30, 2007. Plaintiffs' motion for attorneys' fees shall be filed no sooner than 30 days after post-trial motions are heard by the Court.

Good cause for the enlargement of time exists so that the attorneys for the parties can meet and confer regarding Plaintiffs' motion for attorneys' fees, and so that attorneys' fees may be completely and accurately calculated.

Dated: December 6, 2007         LAW OFFICES OF JOHN L. BURRIS

/s/ Benjamin Nisenbaum
Benjamin Nisenbaum
Attorney for Plaintiffs


OFFICE OF THE CITY ATTORNEY

Dated: December 7, 2007         /s/ Gloria Lee
Gloria Lee
Attorney for Defendants

## (PROPOSED) ORDER

Pursuant to the Parties' Stipulation, good cause shown, the Court hereby orders that the time for Plaintiffs to file a motion for attorneys' fees under Local Rule 54-6 is hereby enlarged. Any motion for attorneys' fees filed by Plaintiffs shall be filed no sooner than 30 days after post trial motions are heard by this Court.

Dated: December 11, 2007

IT IS SO ORDERED
Judge Edward M. Chen