1  JOHN L. BURRIS (SBN 69888)
   BENJAMIN NISENBAUM (SBN 222173)
2  ADANTE DE POINTER (SBN 236229)
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
4  Oakland, California  94621
   Telephone: (510) 839-5200
5  Facsimile:  (510) 839-3882
   Email:  John.Burris@johnburrislaw.com
6
7  JAMES B. CHANIN (SBN 76043)
   JULIE M. HOUK     (SBN 114968)
8  LAW OFFICES OF JAMES B. CHANIN
   3050 Shattuck Avenue
9  Berkeley, California  94705
   Telephone:   (510) 848-4752, Ext. 2
10 Facsimile:   (510) 848-5819
   Email:       jbcofc@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRY SMITH, et al., | CASE NO.:  C05-04045 EMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE MOTION FOR AN AWARD OF ATTORNEYS' FEES ON APPEAL IN THE DISTRICT COURT** |
| vs. | |
| CITY OF OAKLAND;  et al., | |
| Defendants. | |

1

Smith., et al. v. City of Oakland, et al., Case No. C05-04045 EMC
Stipulation and [Proposed] Order Extending Time to File Motion for Appellate Fees

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD DO HEREBY STIPULATE AND AGREE AS FOLLOWS:

Whereas, the parties are continuing to meet and confer in good faith with respect to the issues concerning the attorneys' fees incurred by Plaintiffs on appeal;

Whereas, counsel for Defendants has requested additional time to respond to Plaintiffs' demand for attorneys' fees on appeal; and,

Whereas, the parties have previously stipulated to the transfer of the determination of Plaintiffs' fees on appeal to the District Court and for an extension of time of sixty days to file a motion for the appellate fees in the Ninth Circuit;

THE PARTIES DO HEREBY STIPULATE AND AGREE THAT Plaintiffs shall have up to an including September 14, 2010 to file a motion for an award of attorneys' fees on appeal in the District Court.  This stipulation is not intended to alter the stipulation previously reached between the parties concerning the time for the filing of Plaintiffs' motion for an award of the attorneys fees incurred in the District Court.

IT IS SO ORDERED:

Dated: July 13, 2010                    _____/S/_____
                                        Julie M. Houk
                                        Attorney for Plaintiffs

Dated:  July 16, 2010                   ____/S/_____
                                        Terence J. Cassidy
                                        Attorney for Defendants

2

Smith., et al. v. City of Oakland, et al., Case No. C05-04045 EMC
Stipulation and [Proposed] Order Extending Time to File Motion for Appellate Fees

[PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, AND FOR GOOD CAUSE SHOWN,

IT IS SO ORDERED:

Dated: ____7/20____, 2010



Smith., et al. v. City of Oakland, et al., Case No. C05-04045 EMC
Stipulation and [Proposed] Order Extending Time to File Motion for Appellate Fees