**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 16 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TORRY SMITH; PATRICIA GRAY, | No. 08-15896 |
| Plaintiffs - Appellees, | D.C. No. 3:05-CV-04045-EMC<br>Northern District of California,<br>San Francisco |
| v. | |
| CITY OF OAKLAND, a municipal corporation; J. PARKINSON; M. MIDYETTE, individually and in their capacities as police officers for the City of Oakland , | ORDER |
| Defendants - Appellants. | |

Before: RYMER and McKEOWN, Circuit Judges, and FAWSETT, Senior District Judge. *

Appellees' motion for a transfer to the district court for consideration of attorneys' fees on appeal and extension of time is GRANTED. The motion for attorneys' fees shall be filed on or before September 14, 2010.

---

 * The Honorable Patricia C. Fawsett, Senior United States District Judge for the Middle District of Florida, sitting by designation.