UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 12 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TORRY SMITH and PATRICIA GRAY, Plaintiffs - Appellees, v. CITY OF OAKLAND, a municipal corporation; et al., Defendants - Appellants. | No. 08-15896<br><br>D.C. No. 3:05-CV-04045-EMC<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered May 18, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are awarded to the APPELLEES in the amount of $441.01

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Lee-Ann Collins
Deputy Clerk