1   JOHN L. BURRIS (SBN 69888)
    BENJAMIN NISENBAUM (SBN 222173)
2   ADANTE DE POINTER (SBN 236229)
    LAW OFFICES OF JOHN L. BURRIS
3   Airport Corporate Centre
    7677 Oakport Street, Suite 1120
4   Oakland, California  94621
    Telephone: (510) 839-5200
5   Facsimile:  (510) 839-3882
    Email:  John.Burris@johnburrislaw.com
6

7   JAMES B. CHANIN (SBN 76043)
    JULIE M. HOUK     (SBN 114968)
8   LAW OFFICES OF JAMES B. CHANIN
    3050 Shattuck Avenue
9   Berkeley, California  94705
    Telephone:   (510) 848-4752, Ext. 2
10  Facsimile:   (510) 848-5819
    Email:        jbcofc@aol.com

11

12  Attorneys for Plaintiffs

13

14                  UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17  TORRY SMITH, et al.,                )   CASE NO.:  C05-04045 EMC
                                        )
18          Plaintiffs,                 )   **STIPULATION AND [PROPOSED]**
                                        )   **ORDER EXTENDING TIME FOR**
19                                      )   **PLAINTIFFS TO FILE MOTION FOR AN**
                                        )   **AWARD OF ATTORNEYS' FEES AND**
20  vs.                                 )   **COSTS**
                                        )
21                                      )
    CITY OF OAKLAND;  et al.,           )
22                                      )
            Defendants.                 )
23                                      )
                                        )
24                                      )
                                        )
25  _____

26

27

28
                                                                    1

Smith., et al. v. City of Oakland, et al., Case No. C05-04045 EMC
Stipulation and [Proposed] Order Extending Time to File Motion for Attorneys' Fees

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD

DO HEREBY STIPULATE AND AGREE AS FOLLOWS:

Whereas, the parties have reached a tentative settlement of the entire action;

Whereas, there is currently a deadline to file a motion for attorneys' fees and costs on

appeal in the District Court of September 14, 2010;

Whereas, the parties wish to avoid incurring additional time and expense preparing and

responding to a motion for appellate fees while the parties attempt to finalize a settlement of the

entire action; and,

Whereas the parties previously stipulated to an open extension of time to file a motion for

the attorneys' fees and costs incurred in the District Court before the filing of the appeal and it

would conserve time to file both the motions for the fees incurred in the District Court and on

appeal at the same time if such motions become necessary due to any failure to finalize a

settlement of the entire action,

THE PARTIES DO HEREBY STIPULATE AND AGREE THAT Plaintiffs shall have

an open extension of time to file their motion for an award of attorneys' fees and costs on appeal.

IT IS SO STIPULATED:

Dated: September 1, 2010                    _____/S/_____
                                            James B. Chanin
                                            Attorney for Plaintiffs

Dated:  September 1, 2010                   _____/S/_____
                                            Randolph Hall
                                            Attorney for Defendants

2

Smith., et al. v. City of Oakland, et al., Case No. C05-04045 EMC
Stipulation and [Proposed] Order Extending Time to File Motion for Attorneys' Fees

1    [PROPOSED] ORDER

2    PURSUANT TO THE STIPULATION OF THE PARTIES,
     AND FOR GOOD CAUSE SHOWN,

3

4    IT IS SO ORDERED:

5    Dated: _____9/3_____, 2010

     IT IS SO ORDERED

6    Edward M.
     Magistrate                    Judge Edward M. Chen
7    United Sta

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                          3

Smith., et al. v. City of Oakland, et al., Case No. C05-04045 EMC
Stipulation and [Proposed] Order Extending Time to File Motion for Attorneys' Fees